**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHAN BROOKS, et al., | ) | NO. CV 15-7724-JFW(E) |
| Plaintiffs, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| PACO-MICHELLE ATWOOD, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Moving Defendants' motion to strike is denied without prejudice; and (2) the First Amended Complaint is dismissed with leave to amend.

///

If Plaintiff still wishes to pursue this action, he is granted thirty (30) days from the date of this Order within which to file a Second Amended Complaint. The Second Amended Complaint shall be complete in itself. It shall not refer in any manner to any prior complaints. The Second Amended Complaint shall not include: (1) any claim against former Defendants Atwood, Walston, Butler, Maurice Smith, Clifford Townsend, Jr., Steven Townsend, Guy A. Leemhui, and Jonnie Johnson Parker, who previously have been dismissed from the action; or (2) any claim previously dismissed without leave to amend in the Court's June 20, 2016 Order. Plaintiff may not add any new Defendants without leave of Court. <u>See</u> Fed. R. Civ. P. 21. Failure timely to file a Second Amended Complaint in conformity with this Order may result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: August 5, 2016.

_____/s/_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE