**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHAN BROOKS, et al., | ) | NO. CV 15-7724-JFW(E) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| PACO-MICHELLE ATWOOD, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Moving Defendants' Motion to Dismiss is granted; (2) the Second Amended Complaint and the action as against the Moving Defendants is dismissed without leave to amend and with prejudice as to the federal claims against those Defendants; and

(3) the Court declines to exercise supplemental jurisdiction over the state law claims against the Moving Defendants and those state law claims against the Moving Defendants are dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: January 5, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE