**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEPHAN BROOKS, et al., | ) | NO. CV 15-7724-JFW(E) |
| Plaintiffs, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| PACO-MICHELLE ATWOOD, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered: (1) dismissing the action against the non-appearing Defendants without prejudice in accordance with this Order; and (2) otherwise dismissing the action in accordance

with the previous Orders filed June 20, 2016 and January 5, 2017.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and on all counsel of record.

DATED: February 9, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE