JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHAN BROOKS, et al., | ) | NO. CV 15-7724-JFW(E) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| PACO-MICHELLE ATWOOD, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action: (1) is dismissed without prejudice as against the non-appearing Defendants; and (2) is otherwise dismissed in accordance with the previous Orders filed June 20, 2016 and January 5, 2017.

DATED: February 9, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE